

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00599-CV

Jorge L. **QUINTANA**, Sr.,
Appellant

v.

Tanya **HOLZHAUS**, in her Individual and Official Capacities, and Stewart Title Company,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 23-05-28425-CV
Honorable Daniel J. Kindred, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because he is indigent. *See* TEX. R. APP. P. 20.1

SIGNED March 13, 2024.

_____
Rebeca C. Martinez, Chief Justice